## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE R. IRVINE, III, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CV - 09-357 |
| | * | |
| FOCUS RECEIVABLES | * | |
| MANAGEMENT, LLC, | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT

COMES NOW the Plaintiff, George R. Irvine, III, (hereafter the "Plaintiff") by counsel, and for his complaint against the Defendants, alleges as follows:

## PRELIMINARY STATEMENT

1.      This action includes claims which arise under the statutes of the United States and this Court's jurisdiction is conferred by 28 U.S.C. § 1331 and 15 U.S.C. §1692k(d).

## PARTIES

2.      The Plaintiff is a natural person and resident of the Mobile County, Alabama. He is a "consumer" as defined by 15 U.S.C. § 1692a(3).

3.      Defendant Focus Receivables Management, LLC ("Focus"), is a corporation which is, upon information and belief, incorporated under the laws of the State of Georgia and has its principal place of business in the State of Georgia. For all relevant times, Focus was engaged in business within the State of Alabama, including the collection of debts. Focus is regularly engaged in the practice of debt collection.

## FACTS

4.      In March 2009, Plaintiff received an unsolicited collection phone call from Focus in which the Focus representative demanded payment on an alleged debt owed to Terminix. At the time of that phone call, Plaintiff had not received any prior communication from Focus, either in writing or otherwise. Several days after this phone call, Focus wrote Plaintiff a collection letter

dated April1, 2009 demanding payment on the Terminix account. This letter did not contain the disclosures required by 15. U.S.C. § 1691g. Plaintiff has received no other written communication from Focus.

## COUNT ONE
### (Fair Debt Collections Practices Act Violations)

5.      Plaintiff realleges and incorporates all of the preceding paragraphs as if fully set out herein.

6.      This is a claim asserted against Focus for multiple violations of the federal Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

7.      Defendant Focus is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

8.      Defendant has violated the FDCPA in connection with its attempts to collect a debt against Plaintiff. Defendant's violations include, but are not limited to, the following:

      a.      Making repeated attempts to collect upon a debt without notifying Plaintiff that he has the right to dispute the validity of the debt and the right to request written verification of the debt as required by 15 U.S.C. § 1692g(a); and

      b.      Attempting to collect amounts which are not authorized by any contract or permitted by law. This is a violation of 15 U.S.C. § 1692f(1).

9.      Some or all of the actions taken by Defendant in violation of the FDCPA occurred within one year of the filing prior to this action.

10.     As a proximate result of Defendant's violations of the FDCPA, Plaintiff has suffered actual damages.

11.     As a result of its violations of the FDCPA, Defendant is liable to Plaintiff for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, plus costs and attorney's fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant Focus for the following:

A.    Actual damages, including damages for mental and emotional pain, distress and

anguish, humiliation and embarrassment;

B.    Statutory damages pursuant to 15 U.S.C. 1692k;

C.    Costs and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k; and

D.    Such other and further relief as this Court deems just and proper, the premises

considered.

**TRIAL BY JURY IS DEMANDED.**

_____

KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama 36633
Telephone: (251) 432-9212
Fax Number: (251) 433-7172
E-mail: kjr@alaconsumerlaw.com

**PLEASE SERVE DEFENDANT AT THE FOLLOWING ADDRESSES:**

Focus Receivables Management, LLC
c/o Lexis Document Services, Inc.
1201 Hays Street
Tallahassee, FL 32301