IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE R. IRVINE, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 09-0357-WS-N |
| | ) |
| FOCUS RECEIVABLES | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

This action comes before the Court on the Joint Stipulation of Dismissal (doc. 13) signed by both parties by and through their respective counsel. The Stipulation reflects that the parties mutually desire this action to be dismissed with prejudice. Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii). Accordingly, it is **ordered** that this action is **dismissed with prejudice**.

DONE and ORDERED this 19th day of November, 2009.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE